UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA ANDERSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KADLEC REGIONAL MEDICAL CENTER,<br><br>　　　　　　　Defendant. | NO: 4:24-CV-5153-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 3). The notice is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order before the opposing party serves either an answer or a motion for summary judgment. Neither an answer nor motion for summary judgment has been filed by defendant.

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to Rule 41(a)(1)(A)(i) this action is **DISMISSED** without

3  prejudice.

4  The District Court Executive is directed to enter this Order and Judgment

5  accordingly, furnish copies to counsel, and **CLOSE** the file.

6  DATED May 21, 2025.



THOMAS O. RICE
United States District Judge